# Third District Court of Appeal

## State of Florida

Opinion filed April 3, 2019.

_____

No. 3D19-553
Lower Tribunal No. 18-15589
_____

**M.C., the mother,**
Petitioner,

vs.

**Department of Children and Families, et al.,**
Respondents.

A Writ of Certiorari to the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

Eugene F. Zenobi, Criminal Conflict and Civil Regional Counsel, Third Region, and Kevin Coyle Colbert, Assistant Regional Counsel, for petitioner.

Karla Perkins, for the Department of Children and Families; Thomasina F. Moore and Laura Lee (Tallahassee), for the Guardian ad Litem Program, for respondents.

Before LOGUE, SCALES and HENDON, JJ.

ON CONFESSION OF ERROR

HENDON, J.

Based on the State's proper confession of error, we grant the petition for writ of certiorari, quash the trial court's order modifying the Mother's visitation to therapeutic visits, and remand for further proceedings.

Petition for writ of certiorari granted; order quashed; case remanded.